DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ORTHOPEDIC & SPINE INJURIES, LLC,** a/a/o **GIANNINA BARRANTES,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-3200

[April 20, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE-20-004299.

John C. Daly and Matthew C. Barber of Daly & Barber, P.A., Plantation, for appellant.

Nancy A. Copperthwaite and Marcy Levine Aldrich of Akerman LLP, Miami, for appellee.

*ON CONFESSION OF ERROR*

PER CURIAM.

The plaintiff appeals from the county court's final order *sua sponte* dismissing its action for unpaid PIP benefits. The court entered the dismissal order on the basis that the plaintiff failed to comply with the court's previous order giving the plaintiff a certain time period to file a motion for summary judgment. Notably, the court required the plaintiff to file a motion for summary judgment despite both parties requesting a jury trial on the disputed issue of whether the plaintiff's services were medically necessary and/or related to the automobile accident. The defendant has filed a confession of error on the basis that the court: (1) failed to give the plaintiff notice or the opportunity to be heard before dismissing the action; and (2) improperly required the submission of a motion for summary judgment when both parties had requested a jury trial. We accept the defendant's confession of error. *See Comprehensive Spine Ctr., PLLC v. Equity Ins. Co.*, 330 So. 3d 35, 37 (Fla. 4th DCA 2021) ("Due process requires notice and an opportunity to be heard prior to dismissal." (quoting

*Fed. Nat'l Mortg. Ass'n v. Sanchez*, 187 So. 3d 341, 342 (Fla. 4th DCA 2016))); *Derius v. Allstate Indem. Co.*, 723 So. 2d 271, 274 (Fla. 4th DCA 1998) ("Whether a given medical service is 'necessary' under [Florida's PIP statute] is a question of fact for the jury."). Based on the foregoing, we reverse the final order of dismissal and remand for further proceedings consistent with this opinion.

*Reversed and remanded.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

*        *        *

**Not final until disposition of timely filed motion for rehearing.**

2